In the Matter of DAVID E. BERG, Respondent, against HAROLD W. MARSH et al., as Commissioners of the Municipal Civil Service Commission of the City of New York, Appellants.

*Submitted October 2, 1944; decided October 12, 1944.*

*Samuel W. Sherman* for motion.

*Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* of counsel), opposed.

Motion denied, with ten dollars costs.